**Order entered September 23, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00760-CV

## IN RE THE STATE OF TEXAS, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02427-B**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **DENY** relator's motion to consolidate as moot.

/s/     LANA MYERS
        JUSTICE